# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| **MARGO SIMMONS,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>**WP LIGHTHOUSE LLC,**<br><br>*Defendant.* | Case No. 24-cv-1602<br><br>Judge Sarah Evans Barker<br><br>Magistrate Judge M. Kendra Klump |

## JOINT MOTION FOR EXTENSION OF DEADLINES

Plaintiff, Margo Simmons, individually and on behalf of all others similarly situated ("Plaintiff"), by counsel, and Defendant, WP Lighthouse LLC ("Defendant"), also by counsel, jointly move the Court to extend the deadline for Plaintiff submit her motion for attorney fees, detailing her fees and costs incurred in bringing the Motion to Compel to May 19, 2025, and to extend the deadline for Defendant to amend and supplement its prior written discovery responses to May 28, 2025. In support of this motion, the parties state as follows:

1. On April 22, 2025, the issued its Order [Dkt. 34] requiring Defendant to amend and supplement its prior written discovery responses on or before May 7, 2025.

2. On May 7, 2025, Defendant served updated responses that included all documents in Defendant's counsel's possession. Defendant's counsel is aware of additional responsive documents, but his client is still out of the country, Defendant's counsel has not yet received that information from his client, and it is Defendant's counsel's understanding that the additional information will need to be translated and reviewed for potential redactions.

3. The Court also ordered Plaintiff to submit a motion for attorney fees within fourteen (14) days of this Order, detailing her fees and costs incurred in bringing the Motion to Compel. (Dkt

34, p. 9).

4.      However, Plaintiff has tendered a demand which represents a discount on what she will seek from the Court in an effort to not burden the Court with more briefing on the issue. The Defendant has asked for more time to decide whether or not to accept that number.

WHEREFORE, Plaintiff, Margo Simmons, individually and on behalf of all others similarly situated, and Defendant, WP Lighthouse LLC, respectfully request the Court to grant this Motion; to extend the deadline for Plaintiff submit her motion for attorney fees, detailing her fees and costs incurred in bringing the Motion to Compel to May 19, 2025, and to extend the deadline for Defendant to further amend and supplement its prior written discovery responses to May 28, 2025.; and to grant them all other just and proper relief.

Respectfully submitted,

*/s/ Anthony Paronich*
Anthony Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA  02043
Phone: (617) 485-0018
Fax: (508) 318-8100
Email: anthony@paronichlaw.com

*Counsel for Plaintiff*

*/s/ John J. Morse*
John J. Morse
MORSE & BICKEL, P.C.
1411 Roosevelt Avenue, Suite 102
Indianapolis, IN  46201
Phone: (317) 686-1540
Fax: (317) 630-2790
E-mail: Morse@MorseBickel.com

*Counsel for Defendant*