UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARGO SIMMONS, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) Case No. 1:24-cv-01602-SEB-MKK ) ) |
| Vs. | ) ) |
| WP LIGHTHOUSE LLC, | ) ) |
| Defendant. | ) |

### ORDER GRANTING MOTION TO EXTEND DEADLINES

Plaintiff, Margo Simmons, individually and on behalf of all others similarly situated, by counsel, and Defendant, WP Lighthouse LLC, also by counsel, having filed their MOTION TO EXTEND DEADLINES, and the Court, having reviewed the same, and being duly advised in the premises, now grants said Motion as follows:

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Plaintiff shall have to and including to May 19, 2025, to submit her motion for attorney fees, detailing her fees and costs incurred in bringing the Motion to Compel; and

IT IS FURTHER ORDERED, ADJUDGED and DECREED that Defendant shall have to and including to May 28, 2025, to further amend and supplement its prior written discovery responses as required by the Court's April 22, 2025 Order. [Dkt. 34].

So ORDERED.

_____           _____
Date                                                              U. S. District Court
                                                                           Southern District of Indiana

**Distribution**:
All parties of record.