UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MARGO SIMMONS, individually and on behalf of all others similarly situated, | ) ) ) | |
| | ) | Case No.  1:24-cv-01602-SEB-MKK |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| WP LIGHTHOUSE LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE
FOR DEFENDANT WP LIGHTHOUSE LLC**

Attorney John J. Morse, Morse & Bickel, P.C., in accordance with the provisions of S.D. Ind. LR.83-7(b), respectfully files his MOTION FOR LEAVE TO WITHDRAW APPEARANCE FOR DEFENDANT WP LIGHTHOUSE LLC ("WPL"), as follows:

1.      The undersigned counsel sent his Notice of Intent to Withdraw (the "Notice") to WPL on May 6, 2025.  A redacted copy of the Notice is attached hereto as **Exhibit A**.

2.      Furthermore, the undersigned counsel has not received a responsive communication from WPL since April 23, 2025.

3.      WPL's last known address is 201 N. Illinois Street, 16th Floor, Indianapolis, IN 46040, cjmcs.lighthouse@gmail.com, and its last known telephone number is (888) 668-2459.

WHEREFORE, John J. Morse respectfully requests the Court grant this Motion; to enter an Order withdrawing his appearance on behalf of Defendant, WP Lighthouse LLC; and to grant him all other just and proper relief in the premises.

Respectfully submitted,

MORSE & BICKEL, P.C.

*/s/ John J. Morse*
John J. Morse, Atty. No. 16146-49

*Attorney for Defendant, WP Lighthouse LLC*

MORSE & BICKEL, P.C.
1411 Roosevelt Avenue
Suite 102
Indianapolis, IN  46201
Phone: (317) 686-1540
Fax: (317) 630-2790
Morse@MorseBickel.com

## CERTIFICATE OF SERVICE

I do hereby certify that on this 15th day of May, 2025, a copy of the above and foregoing document was filed electronically.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  A copy of the foregoing document was also emailed and mailed to the following parties:

Christopher Jaguines
WP Lighthouse LLC
201 N. Illinois Street
16th Floor
Indianapolis, IN  46040
cjmcs.lighthouse@gmail.com

*/s/ John J. Morse*
John J. Morse