**EXHIBIT A**

# MORSE & BICKEL, P.C.

ATTORNEYS AT LAW             1411 ROOSEVELT AVENUE, SUITE 102, INDIANAPOLIS, IN 46201
PHONE: 317.686.1540  FAX: 317.630-2790

**John J. Morse**
Attorney
Morse@MorseBickel.com

May 8, 2025

**Via E-mail Only**
Christopher Jaguines
WP Lighthouse LLC
201 N. Illinois Street, 16th Floor
Indianapolis, IN  46040
cjmcs.lighthouse@gmail.com

         Re:     **NOTICE OF INTENT TO WITHDRAW APPEARANCE**
                     Simmons v. WP Lighthouse LLC
                     United Sates District Court for the Southern District of Indiana
                     Case No. 1:24-cv-01602-SEB-MKK

Dear Mr. Jaguines:

       I will be filing a motion to withdraw as counsel for WP Lighthouse LLC ("WPL") in the above-referenced matter seven (7) days from the date of this letter due to a breakdown in the attorney-client relationship, 
                                           . Please be advised that WPL still needs to fully comply with the Court's April 22, 2025, Order, and will need to respond to Plaintiff's request for fees and costs in connection with the filing of her Motion to Compel. A telephonic pretrial conference is set for 9:30 A.M. on August 14, 2025. You can view the status of this case at any time at https://pacer.psc.uscourts.gov. You will need to register for an account and enter the case number shown above. There are other impending deadlines in addition to those mentioned above that you should also familiarize yourself with. I highly recommend that you hire new counsel to represent WPL immediately. WPL's failure to obtain replacement counsel may result in a judgment being entered against WPL or other detrimental legal action(s).

       Thank you for your attention to this matter.

                                                           Sincerely,

                                                           MORSE & BICKEL, P.C.

                                                           *John J. Morse* (signature)

                                                           John J. Morse