UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARGO SIMMONS, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 1:24-cv-01602-SEB-MKK |
| Vs. ) ) | |
| WP LIGHTHOUSE LLC, ) ) | |
| Defendant. ) | |

**ORDER ON MOTION FOR LEAVE TO WITHDRAW APPEARANCE
FOR DEFENDANT WP LIGHTHOUSE LLC**

This matter is before the Court on the MOTION FOR LEAVE TO WITHDRAW APPEARANCE FOR DEFENDANT, WP LIGHTHOUSE, LLC, filed by John J. Morse. The Court, being duly advised in the premises, finds the Motion meritorious and hereby GRANTS the Motion as follows:

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that the appearance of John J. Morse for Defendant, WP Lighthouse LLC, is hereby deemed withdrawn.

So ORDERED this _____ day of _____, 2025.

_____
JUDGE, United States District Court
Southern District of Indiana
Indianapolis Division

**Distribution**:

All attorneys of record via Court's electronic filing system and the following party via U.S. Mail:

WP Lighthouse LLC
201 N. Illinois Street
16th Floor
Indianapolis, IN  46040
cjmcs.lighthouse@gmail.com