

Anthony Paronich <anthony@paronichlaw.com>

## RE: Simmons v. WP Lighthouse
1 message

**Anthony Paronich** <anthony@paronichlaw.com>    Thu, May 8, 2025 at 12:22 PM
To: John Morse <Morse@morsebickel.com>
Bcc: Anthony Paronich <anthony@paronichlaw.com>

John:

Thank you for providing these. Can you please provide your availability next week to confer on the following:

- Interrogatory No. 2 does not identify the source of the telephone numbers.
- Interrogatory No. 7 fails to *"state all facts in support of the same"*.
- Interrogatory No. 8 does not *"Identify all communications"*, it simply lists the other party to those communications.
- For RPD No. 5, "discovery is ongoing" is not an appropriate response to documents that have been compelled. All Do Not Call Requests, complaints and correspondence regarding the same should be produced.
- RPD No. 8 does not agree to produce the documents with sufficient specificity as "To the extent Defendant has documents responsive to this Request…" is insufficient. There has been one agreement produced, but that does not comprise "all" contracts or documents representing agreements, that should include all invoices, payments and correspondence regarding payments.
- RPD No. 9 does not agree to produce the documents with sufficient specificity as "To the extent Defendant has documents responsive to this Request…" is insufficient. Furthermore, I understand from the below that some of the correspondence needs to be translated, but what about e-mails, text messages, letters, Skype, etc.?
- Furthermore, please explain the basis for the redacts in the documents provided. No log was produced.
- Also, is your client's claim that the last correspondence with the third party was in January of this year?
- We also intend to challenge the confidential designation of the interrogatories. We don't believe identification of parties is properly confidential.

Also, we intend to seek $7,995.00 in fees in connection with the sanctions Order. However, I wanted to wait to see your client's amended responses before submitting detail. If your client would like to avoid briefing that issue and simply pay it, please let us know by the end of the day. Otherwise, we simply intend to request an extension to the end of Monday to submit. If your client does not agree to the payment, please advise on your position on the extension motion. If your client agrees to that extension, we are amenable to an extension to May 28, 2025 on the Court's Order.

Finally, given how this litigation has continued to unfold for your client, I think it may make sense again to revisit private mediation. If they're uninterested, so be it, but I don't think their insistence on continuing to litigate has served them well.

Regards,

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400

Hingham, MA 02043
[o] (617) 485-0018

[c] (508) 221-1510
[f] (508) 318-8100



This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

---

**From:** John Morse <Morse@morsebickel.com>
**Sent:** Wednesday, May 7, 2025 3:00 PM
**To:** Anthony Paronich <anthony@paronichlaw.com>
**Subject:** Simmons v. WP Lighthouse


Anthony,


Attached are Defendant's Second Supplemental Answers to Plaintiff's First Set of Discovery and an unredacted version of the responsive documents that I have in my possession. I am aware of a "chat" type of communication thread between WP Lighthouse and its BPO Provider. However, my client is still out of the country, and I have not yet received that chat transcript or thread and it is my understanding that it will need be translated and reviewed for potential redactions. Let me know if you are agreeable to extending the deadline for the production of that chat transcript or thread to May 28, 2025.

Feel free to give me a call if you would like to discuss. Thank you.


John J. Morse

**Morse & Bickel, P.C.**

1411 Roosevelt Avenue

Suite 102

Indianapolis, IN  46201

Phone 317.686.1540

Fax 317.630.2790

Morse@MorseBickel.com

***PLEASE NOTE OUR NEW ADDRESS AND FAX NUMBER***

**Confidentiality Notice**: This message is from **Morse & Bickel, P.C.**  This message and any attachments may contain legally privileged or confidential information, and are intended only for the individual or entity identified above as the addressee.  If you are not the addressee, or if this message has been addressed to you in error, you are not authorized to read, copy, or distribute this message and any attachments, and we ask that you please delete this message and attachments (including all copies) and notify the sender by return e-mail or by phone at (317) 686-1540.  Any unauthorized dissemination, distribution, or copying of this communication is strictly prohibited.  We do not waive attorney-client or work product privilege by the transmission of this message.

**3 attachments**

📄 **34. Order Granting Motion to Compel.pdf**
194K

📄 **2025.05.07_Second Supplemental Discovery Responses_v1.pdf**
161K

📄 **2025.05.07_Document Production_Bates Nos. 001-011.pdf**
4407K