

Anthony Paronich <anthony@paronichlaw.com>

## Simmons v. WP Lighthouse LLC 1:24-cv-01602-SEB-MKK
1 message

**John Morse** <Morse@morsebickel.com>                                           Fri, May 16, 2025 at 7:17 PM
To: Anthony Paronich <anthony@paronichlaw.com>

Anthony,

While I had prior authorization from my client to provide the information contained in the second supplemental discovery responses, I realize that I made a mistake when I affixed Mr. Jaguines' signature without further specific authorization from him to do so. I apologize for any confusion and inconvenience this may have caused you and your client. An amended version without Mr. Jaguines' signature is attached and I have asked him to send this back with his original signature as soon as possible.  I will forward upon receipt.

John J. Morse

**Morse & Bickel, P.C.**

1411 Roosevelt Avenue

Suite 102

Indianapolis, IN  46201

Phone 317.686.1540

Fax 317.630.2790

Morse@MorseBickel.com

**\*\*\*PLEASE NOTE OUR NEW ADDRESS AND FAX NUMBER\*\*\***

**Confidentiality Notice**: This message is from **Morse & Bickel, P.C.**  This message and any attachments may contain legally privileged or confidential information, and are intended only for the individual or entity identified above as the addressee.  If you are not the addressee, or if this message has been addressed to you in error, you are not authorized to read, copy, or distribute this message and any attachments, and we ask that you please delete this message and attachments (including all copies) and notify the sender by return e-mail or by phone at (317) 686-1540.  Any unauthorized dissemination, distribution, or copying of this communication is strictly prohibited.  We do not waive attorney-client or work product privilege by the transmission of this message.

📎 **2025.05.16 Amended Second Supplemental Discovery Responses_v1.pdf**
   252K