

Anthony Paronich <anthony@paronichlaw.com>

## Re: Simmons v. WP Lighthouse LLC 1:24-cv-01602-SEB-MKK
1 message

---

**Anthony Paronich** <anthony@paronichlaw.com>   Fri, May 16, 2025 at 2:16 PM
To: John Morse <Morse@morsebickel.com>
Bcc: Anthony Paronich <anthony@paronichlaw.com>

Received, thank you. However, as I raised, providing discovery responses that were signed without authorization is obviously a problem that we will address.


----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.


On Fri, May 16, 2025 at 2:15 PM John Morse <Morse@morsebickel.com> wrote:
> Anthony,
>
> Here is the privilege log.
>
> In hindsight, I should have sent the supplemental discovery responses to you unsigned, but I simply wanted to get the additional information that I already had to you and at the time that I sent those responses I was still optimistic that my client would continue to work with me on this matter.
>
>
> John J. Morse
> **Morse & Bickel, P.C.**
> 1411 Roosevelt Avenue
> Suite 102
> Indianapolis, IN  46201
> Phone 317.686.1540
> Fax 317.630.2790
> Morse@MorseBickel.com
>
> ***PLEASE NOTE OUR NEW ADDRESS AND FAX NUMBER***
>
> **Confidentiality Notice**: This message is from **Morse & Bickel, P.C.**  This message and any attachments may contain legally privileged or confidential information, and are intended only for the individual or entity identified above as the addressee.  If you are not the addressee, or if this message has been addressed to you in error, you are not authorized to read, copy, or distribute this message and any attachments, and we ask that you please delete this message and attachments (including all copies) and notify the sender by return e-mail or by phone at (317) 686-1540.  Any unauthorized dissemination, distribution, or copying of this communication is strictly prohibited.  We do not waive attorney-client or work product privilege by the transmission of this message.