| Bates No. | Privilege | Page Count | Date of Document | Parties |
|---|---|---|---|---|
| 1 | Attorney Work Product | 1 | 1/15/2025 | John Morse, Mark Phillip Opada |
| 2 | Attorney Work Product | 2 | 1/16/2025 | John Morse, Mark Phillip Opada |