UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MARGO SIMMONS Individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:24-cv-01602-SEB-MKK |
| WP LIGHTHOUSE LLC, | ) ) ) | |
| Defendant. | ) | |

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

Before the Court is Counsel for Defendant's Motion to Withdraw Attorney Appearance,

Dkt. [39]. This Court hereby sets a Telephonic Status Conference on **June 10, 2025, at 12:00**

**p.m. (Eastern)**, at which time the parties should be prepared to discuss the Motion. A

Representative for Defendant, Defendant's counsel, and Plaintiff's counsel are all required to

attend and shall do so by calling the designated telephone number, to be provided by the Court

via email generated by the Court's ECF system. Defendant's counsel shall promptly inform the

Representative for Defendant of the conference, and shall provide the teleconference

information to Defendant after it is provided by the Court.

So ORDERED.

Date: 05/20/2025

_____

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via CM/ECF

WP Lighthouse LLC
201 N. Illinois Street
16th Floor
Indianapolis, IN 46040