### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| **MARGO SIMMONS,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**WP LIGHTHOUSE LLC,**<br><br>*Defendant.* | Case No. 24-cv-1602<br><br>Judge Sarah Evans Barker<br><br>Magistrate Judge M. Kendra Klump |

### DEFENDANT'S MOTION FOR CONTINUANCE

Defendant, WP Lighthouse LLC ("Defendant"), by counsel, hereby moves the Court to continue the telephonic status conference set for June 10, 2025, at 12:00 P.M. In support hereof, Defendant states as follows:

1. This matter is scheduled for a telephonic status conference on June 10, 2025, at 12:00 P.M.

2. The undersigned counsel will be out of his office on June 10, 2025, for a previously scheduled event; however, he and counsel for Plaintiff, Margo Simmons, are both available on June 11, 2025, after 1:00 P.M.

3. In light of the foregoing, Defendant requests this Court to continue the telephonic status conference on June 10, 2025, at 12:00 P.M. to June 11, 2025, after 1:00 P.M., or to another date and time convenient to this Court's calendar.

4. This Motion is not made for the purposes of delay or vexation.

WHEREFORE, Defendant, WP Lighthouse LLC, respectfully requests the Court to grant this Motion; to continue the telephonic status conference on June 10, 2025, at 12:00 P.M. to June

11, 2025, after 1:00 P.M., or to another date and time convenient to this Court's calendar; and to grant it all other just and proper relief.

                Respectfully submitted,

                */s/ John J. Morse*
                John J. Morse
                MORSE & BICKEL, P.C.
                1411 Roosevelt Avenue, Suite 102
                Indianapolis, IN 46201
                Phone: (317) 686-1540
                Fax: (317) 630-2790
                E-mail: Morse@MorseBickel.com

                *Counsel for Defendant, WP Lighthouse LLC*

## CERTIFICATE OF SERVICE

    I do hereby certify that on this 20th day of May 2025, a copy of the above and foregoing document was filed electronically. Notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                */s/ John J. Morse*
                John J. Morse