IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **MARGO SIMMONS,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**WP LIGHTHOUSE LLC,**<br><br>*Defendant.* | Case No. 24-cv-1602<br><br>Judge Sarah Evans Barker<br><br>Magistrate Judge M. Kendra Klump |

### ORDER ON DEFENDANT'S MOTION FOR CONTINUANCE

This matter having come before the Court on the MOTION FOR CONTINUANCE filed by Defendant, WP Lighthouse LLC, and the Court being in all things duly advised, now grants said Motion as follows:

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the telephonic status conference set for June 10, 2025, at 12:00 P.M. is hereby continued to the ___ day of _____, 2025, at _____ A.M./P.M.

So ORDERED.

_____          _____
Date                                                                              U. S. District Court
                                                                                         Southern District of Indiana

**Distribution**:

All parties of record.