IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **MARGO SIMMONS,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**WP LIGHTHOUSE LLC,**<br><br>*Defendant.* | Case No. 1:24-cv-1602-SEB-MKK |

### ORDER ON DEFENDANT'S MOTION FOR CONTINUANCE

This matter having come before the Court on the MOTION FOR CONTINUANCE filed by Defendant, WP Lighthouse LLC, and the Court being in all things duly advised, now grants said Motion as follows:

IT IS THEREFORE ORDERED that the telephonic status conference set for June 10, 2025, at 12:00 P.M. is hereby continued to June 11, 2025, at 3:30 p.m. (Eastern) before Magistrate Judge M. Kendra Klump. All other requirements of Docket 42 shall apply. Parties shall refer to Docket 43 for call-in information.

So ORDERED.

Date: 5/21/2025

_____
M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

**Distribution**:

All counsel of record via CM/ECF.

WP Lighthouse LLC
201 N. Illinois Street
16th Floor
Indianapolis, IN 46040