IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **MARGO SIMMONS,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**WP LIGHTHOUSE LLC,**<br><br>*Defendant.* | Case No. 24-cv-1602<br><br>Judge Sarah Evans Barker<br><br>Magistrate Judge M. Kendra Klump |

## MOTION TO EXTEND DEADLINE

Defendant, WP Lighthouse LLC ("WPL"), by counsel, in support of its MOTION TO EXTEND DEADLINE, states as follows:

1. On May 12, 2025, the Court entered an Order [Dkt. No. 38], allowing WPL to and including May 28, 2025, to further amend and supplement its prior written discovery responses.

2. On May 15, 2025, the undersigned counsel filed a Motion for Leave to Withdraw Appearance for Defendant, WP Lighthouse LLC (the "Motion to Withdraw") due to a breakdown in the attorney-client relationship.

3. On May 17, 2025, Plaintiff, Margo Simmons, filed her opposition to the Motion to Withdraw.

4. The Court subsequently issued an Order Setting a Telephonic Status Conference [Dkt. No. 42] for June 11, 2025, at 3:00 P.M. to discuss the Motion to Withdraw.

5. In view of the foregoing, the undersigned counsel hereby requests a thirty (30)-day extension of time for WPL to further amend and supplement its prior in discovery responses.

6. On May 28, 2025, the undersigned counsel e-mailed counsel for Plaintiff to obtain his position on the relief requested herein, but Plaintiff's counsel is out of the country until May 31, 2025, and as of the filing of this Motion, has not yet responded.

WHEREFORE, Plaintiff, WP Lighthouse LLC, respectfully requests the Court to grant this Motion; to enter an Order extending the deadline to further amend and supplement its prior written discovery responses for thirty (30) days to and including June 27, 2025; and to grant it all other just and proper relief in the premises.

Respectfully submitted,

*/s/ John J. Morse*
John J. Morse
MORSE & BICKEL, P.C.
1411 Roosevelt Avenue
Suite 102
Indianapolis, IN  46201
Phone: (317) 686-1540
Fax: (317) 630-2790
Morse@MorseBickel.com

*Counsel for Defendant, WP Lighthouse LLC*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 28th day of May, 2025, a copy of the above and foregoing document was filed electronically. Notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ John J. Morse*
John J. Morse