# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| **MARGO SIMMONS,** individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> **WP LIGHTHOUSE LLC,** <br><br> *Defendant*. | Case No. 24-cv-1602 <br><br> Judge Sarah Evans Barker <br><br> Magistrate Judge M. Kendra Klump |

## ORDER GRANTING MOTION TO EXTEND DEADLINE

Defendant, WP Lighthouse LLC ("WPL"), by counsel, having filed its MOTION TO EXTEND DEADLINE, and the Court, having reviewed the same, and being duly advised in the premises, now grants said Motion as follows:

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that WPL shall have to and including June 27, 2025, to further amend and supplement its prior written discovery response.

So ORDERED.

_____
Date

_____
U.S. District Court
Southern District of Indiana

**Distribution**:

All parties of record.