IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **MARGO SIMMONS, individually and on behalf of all others similarly situated,**  *Plaintiff*,  v.  **WP LIGHTHOUSE LLC**  *Defendant.* | Case No. 24-cv-1602  Judge Sarah Evans Barker  Magistrate Judge M. Kendra Klump |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES PURSUANT TO THIS COURT'S APRIL 22, 2025 ORDER**

This Court, having considered the Plaintiff's motion, GRANTS the motion and awards _____ in attorney's fees. The Court also finds that Defendant and Defendant's counsel are jointly and severally liable for the award.

DATED: _____

_____
United States District Court Judge

1