# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| **MARGO SIMMONS,** individually and on behalf of all others similarly situated, <br><br> *Plaintiff,* <br><br> v. <br><br> **WP LIGHTHOUSE LLC,** <br><br> *Defendant.* | Case No. 24-cv-1602 <br><br> Judge Sarah Evans Barker <br><br> Magistrate Judge M. Kendra Klump |

## **DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**

Defendant, WP Lighthouse LLC ("WPL"), by counsel, in support of its MOTION FOR ENLARGEMENT OF TIME, states as follows:

1. On May 18, 2025, Plaintiff, Margo Simmons ("Plaintiff"), by counsel, filed PLAINTIFF'S MOTION FOR ATTORNEY'S FEES PURSUANT TO THIS COURT'S APRIL 22, 2025 ORDER [Dkt. No. 41] (the "Motion for Fees").

2. WPL's response to the Motion for Fees is currently due on June 2, 2025, which time has not passed.

3. Due to a number of other professional matters to which the undersigned counsel is devoting a substantial amount of time, he reasonably requires an enlargement of time of fourteen (14) days to respond to the Motion for Fees.

4. In addition, the parties are working to try to reach a resolution of this issue.

5. In view of the foregoing, the undersigned counsel hereby requests a fourteen (14)-day extension of time for WPL to respond to the Motion for Fees.

6. Counsel for Plaintiff does not object to the relief requested herein.

WHEREFORE, Defendant, WP Lighthouse LLC, respectfully requests the Court to grant this Motion; to enter an Order granting it an enlargement of time of fourteen (14) days to and including June 16, 2025, to respond to Plaintiff's Motion for Fees; and to grant it all other just and proper relief in the premises.

Respectfully submitted,

*/s/ John J. Morse*
John J. Morse
MORSE & BICKEL, P.C.
1411 Roosevelt Avenue
Suite 102
Indianapolis, IN  46201
Phone: (317) 686-1540
Fax: (317) 630-2790
Morse@MorseBickel.com

*Counsel for Defendant, WP Lighthouse LLC*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 2nd day of June, 2025, a copy of the above and foregoing document was filed electronically. Notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ John J. Morse*
John J. Morse