**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **MARGO SIMMONS,** individually and on behalf of all others similarly situated, | Case No. 24-cv-1602 |
| *Plaintiff,* | Judge Sarah Evans Barker |
| *v.* | Magistrate Judge M. Kendra Klump |
| **WP LIGHTHOUSE LLC,** | |
| *Defendant.* | |

**ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME**

Defendant, WP Lighthouse LLC ("WPL"), by counsel, having filed its MOTION FOR ENLARGEMENT OF TIME, and the Court, having reviewed the same, and being duly advised in the premises, now grants said Motion as follows:

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that WPL shall have to and including June 16, 2025, to respond to Plaintiff's Motion for Attorney's Fees Pursuant to this Court's April 22, 2025 Order.

So ORDERED.

_____          _____
Date                                                              U.S. District Court
                                                                      Southern District of Indiana

**Distribution**:

All parties of record.