UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARGO SIMMONS Individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 1:24-cv-01602-SEB-MKK<br>) |
| WP LIGHTHOUSE LLC, | )<br>)<br>) |
| Defendant. | ) |

**ORDER**

Before the Court is Defendant's Motion to Extend the Deadline. Dkt. [46]. The Court, having considered the matter fully, now **GRANTS** the Motion for Extension of Time. The deadline for Defendant to amend and supplement its prior written discovery responses shall be **extended up to and including June 27, 2025**.

**IT IS SO ORDERED.**

Date: 6/2/2025

_____
M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via CM/ECF