UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARGO SIMMONS Individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )   No. 1:24-cv-01602-SEB-MKK |
| WP LIGHTHOUSE LLC, | ) ) ) |
| Defendant. | ) |

## ORDER

Before the Court is Defendant's Motion for Enlargement of Time. Dkt. [48]. The Court, having considered the matter fully, now **GRANTS** the Motion for Extension of Time. The deadline for Defendant to respond to Plaintiff's Motion for Fees, (Dkt. 41), shall be **extended up to and including June 16, 2025**.

**IT IS SO ORDERED.**

Date: 6/3/2025

_M. Kendra Klump_
M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via CM/ECF