IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **MARGO SIMMONS, individually and on behalf of all others similarly situated,**<br><br>*Plaintiff,*<br><br>v.<br><br>**WP LIGHTHOUSE LLC**<br><br>*Defendant.* | Case No. 24-cv-1602<br><br>Judge Sarah Evans Barker<br><br>Magistrate Judge M. Kendra Klump |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION FOR ATTORNEY'S FEES**

WP Lighthouse LLC has tendered full payment that was requested by Plaintiff's counsel in connection with his recently filed motion for attorneys fees. As such, the Plaintiff withdraws the motion.

Dated: June 5, 2025

PLAINTIFF,

By: */s/ Anthony I. Paronich*
Anthony Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100
Email: anthony@paronichlaw.com

1