UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARGO SIMMONS Individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:24-cv-01602-SEB-MKK ) |
| WP LIGHTHOUSE LLC, | ) ) ) |
| Defendant. | ) |

### ORDER

This matter comes before the Court on Plaintiff's Notice of Withdrawal of Dkt. No. 41, Motion for Attorney Fees. Dkt. [51]. The Court, being duly advised, now **ORDERS** that Plaintiff's Motion for Attorney Fees, (Dkt. 41), shall be **WITHDRAWN** from the record.

So ORDERED.

Date: 6/6/2025

_____
M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:
Served electronically on all ECF-registered counsel of record.