UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARGO SIMMONS Individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:24-cv-01602-SEB-MKK ) |
| WP LIGHTHOUSE LLC, | ) ) |
| Defendant. | ) |

### ENTRY AND ORDER FROM TELEPHONIC STATUS CONFERENCE

Counsel for Plaintiff and Defendant appeared for a telephonic status conference on June 11, 2025, with the Magistrate Judge. A Representative for the Defendant failed to appear despite being previously ordered to do so. (*See* Dkts. 42, 43).

This matter is re-set for a telephonic show cause hearing on **July 9, 2025, at 11 AM (Eastern)**, with Magistrate Judge M. Kendra Klump. **A Representative for Defendant is required to attend**. The Parties shall attend the conference by calling **571-353-2301** and entering **Meeting ID 686088371**. Defendant's counsel **shall promptly inform** the Representative for Defendant of the conference and shall provide the teleconference information to Defendant.

This order serves as a reminder to the Defendant of the importance of complying with court orders and appearing for all scheduled conferences. Rule 16(f) explains that a failure to comply with court orders, participate in discovery, and/or appear for conferences may result in sanctions, including an order to pay the reasonable expenses incurred because of any noncompliance. Fed. R. Civ. P. 16(f).

So ORDERED.

Date: 6/13/2025

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

John Joseph Morse
Morse & Bickel, P.C.
morse@morsebickel.com

Anthony Paronich
PARONICH LAW. P.C.
anthony@paronichlaw.com

WP Lighthouse LLC
201 N. Illinois Street
16th Floor
Indianapolis, IN 46040