UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARGO SIMMONS, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>Vs.<br><br>WP LIGHTHOUSE LLC,<br><br>          Defendant. | Case No. 1:24-cv-01602-SEB-MKK |

## NOTICE REGARDING JUNE 13, 2025, ENTRY AND ORDER

The undersigned counsel for Defendant, WP Lighthouse LLC ("WPL"), hereby notifies the Court that on June 15, 2025, he emailed a copy of the Court's June 13, 2025, Entry and Order (Dkt. 53) to WPL.

                                                      Respectfully submitted,

                                                      MORSE & BICKEL, P.C.

                                                      */s/ John J. Morse*
                                                      John J. Morse, Atty. No. 16146-49

MORSE & BICKEL, P.C.
1411 Roosevelt Avenue
Suite 102
Indianapolis, IN  46201
Phone: (317) 686-1540
Fax: (317) 630-2790
Morse@MorseBickel.com

## **CERTIFICATE OF SERVICE**

      I do hereby certify that on this 17th day of June 2025, a copy of the above and foregoing document was filed electronically. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A copy of the foregoing document was also emailed and mailed to the following parties:

    Christopher Jaguines
    WP Lighthouse LLC
    201 N. Illinois Street
    16th Floor
    Indianapolis, IN  46040
    cjmcs.lighthouse@gmail.com

                              */s/ John J. Morse*
                              John J. Morse