UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARGO SIMMONS Individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:24-cv-01602-SEB-MKK ) |
| WP LIGHTHOUSE LLC, | ) ) |
| Defendant. | ) |

### ORDER

This matter comes before the Court on the Defendant's Motion to Withdraw Attorney Appearance of John J. Morse, Dkt. [39]. The Court, having considered the same, hereby finds that said motion should be **GRANTED**. The appearance of John J. Morse is **TERMINATED** from the docket.

So ORDERED.

Date: 6/18/2025

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

John Joseph Morse
Morse & Bickel, P.C.
morse@morsebickel.com

Anthony Paronich
PARONICH LAW. P.C.
anthony@paronichlaw.com

WP Lighthouse LLC
201 N. Illinois Street
16th Floor
Indianapolis, IN 46040
cjmcs.lighthouse@gmail.com