UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MARGO SIMMONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:24-cv-01602-SEB-MKK |
| | ) | |
| WP LIGHTHOUSE LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### ENTRY AND ORDER FROM TELEPHONIC SHOW CAUSE HEARING

On July 9, 2025, Plaintiff appeared, by counsel, for a telephonic show cause hearing with the Magistrate Judge. A Representative for the Defendant failed to appear, despite being previously ordered to do so. (*See* Dkt. 53).

As a corporate entity, Defendant WP Lighthouse LLC must be represented by counsel for this matter to proceed. *Nocula v. UGS Corp.*, 520 F.3d 719, 725 (7th Cir. 2008). Accordingly, the Court hereby **ORDERS** Defendant to obtain new counsel and for such counsel to enter an appearance in this matter by **no later than July 31, 2025**.

The telephonic status conference previously scheduled for August 14, 2025, at 9:30 a.m., (*see* Dkt. 35), is CONVERTED to an **in-person show cause hearing**. A representative for Defendant is **required to appear at the hearing, which will be held at 9:30 a.m. (Eastern), on August 14, 2025, in Courtroom 243**, 46 E. Ohio Street, Indianapolis, Indiana, 46204.

If counsel does not appear to represent Defendant as ordered, then Defendant is hereby

Ordered to Show Cause, by no later than the August 14, 2025, hearing, why default should not be entered against it due to its failure to appear to defend in this case.

So ORDERED.

Date: 7/10/2025

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system.

WP Lighthouse LLC
201 N. Illinois Street
16th Floor
Indianapolis, IN 46040