THE OFFICE OF THE
CLERK OF THE U.S. DISTRICT COURT
304 U.S. COURTHOUSE
101 N.W. MARTIN LUTHER KING JR. BOULEVARD
EVANSVILLE, IN 47708

OFFICIAL BUSINESS

LOUISVILLE KY 400
22 MAY 2025 PM 2 L

1447

WP Lighthouse LLC
~~Illinois Street 16th Floor~~
Indianapolis, IN 46040

RTS

NIXIE    462    DE 1700
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 47708198899    *1070-0