THE OFFICE OF THE
CLERK OF THE U.S. DISTRICT COURT
105 U.S. COURTHOUSE
46 EAST OHIO STREET
INDIANAPOLIS, INDIANA 46204

OFFICIAL BUSINESS

FILED
AUG 18 2025
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

~~WP Lighthouse LLC
201 N. Illinois Street
16th Floor
Indianapolis, IN 46040~~

INDIANAPOLIS IN 460
27 MAY 2025 PM 2 L

US POSTAGE
$ 000.69⁰

1647
F?

NIXIE          463    DE 1           0008/15/25
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD