THE OFFICE OF THE
CLERK OF THE U.S. DISTRICT COURT
105 U.S. COURTHOUSE
46 EAST OHIO STREET
INDIANAPOLIS, INDIANA 46204

OFFICIAL BUSINESS

FILED

AUG 18 2025

U.S. DISTRICT COURT
INDIANAPOLIS INDIANA



RTS

WP Lighthouse LLC
201 N. Illinois Street
16th Floor
Indianapolis, Indiana 46040

NIXIE    462    DE 1         0008/15/25
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 46204199999    *0212-07569-16-46