UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARGO SIMMONS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:24-cv-01602-SEB-MKK |
| WP LIGHTHOUSE LLC, | ) ) ) |
| Defendant. | ) |

**ENTRY AND ORDER FROM SHOW CAUSE HEARING**

On August 14, 2025, this matter was set for an in-person show cause hearing. A representative of Defendant failed to appear, despite being ordered to do so. (*See* Dkt. 56).

Plaintiff's counsel is ORDERED to file a status report by **August 22, 2025,** indicating how Plaintiff intends to proceed with this case.

So ORDERED.

Date: 8/15/2025

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

WP Lighthouse LLC
201 N. Illinois Street
16th Floor
Indianapolis, Indiana  46204