THE OFFICE OF THE
CLERK OF THE U.S. DISTRICT COURT
105 U.S. COURTHOUSE
46 EAST OHIO STREET
INDIANAPOLIS, INDIANA 46204

OFFICIAL BUSINESS

INDIANAPOLIS IN 460

21 AUG 2025 PM 1 L

FIRST-CLASS

US POSTAGE (PITNEY BOWES)

ZIP 46204
02 7H
0006155747     $ 000.74⁰
AUG 21 2025



FILED
SEP 0 2 2025
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

WP Lighthouse LLC
201 N. Illinois Street
16th Floor
Indianapollis, Indiana  46204



RTN

NIXIE          462     FE 1          0008/30/25

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 46204199999        *1712-00126-21-39

ANK
46204-423268