UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MARGO SIMMONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:24-cv-01602-SEB-MKK |
| | ) | |
| WP LIGHTHOUSE LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## SCHEDULING ORDER

On August 15, 2025, Plaintiff's counsel was ORDERED file a status report by August 22, 2025, indicating how Plaintiff intends to proceed with this cause of action. (Dkt. 60). Plaintiff has failed to do so.

The Court once again **ORDERS** Plaintiff to file a status report indicating how Plaintiff intends to proceed. Said report shall be filed on or before **April 15, 2026**. Failure to comply with this Order may result in dismissal of the case for failure to prosecute.

So ORDERED.

Date: 03/24/2026

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system.