**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| MARGO SIMMONS, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>*v.*<br><br>WP LIGHTHOUSE LLC<br><br>*Defendant.* | Case No. 24-cv-1602<br><br>Judge Sarah Evans Barker<br><br>Magistrate Judge M. Kendra Klump |

**PLAINTIFF'S STATUS REPORT**

Plaintiff, by counsel, submits this Status Report pursuant to the Court's March 24, 2026 Scheduling Order (Dkt. 62).

Since the Court's prior Orders in this matter, counsel for Defendant has been permitted to withdraw from representation. Upon information and belief, Defendant WP Lighthouse LLC, a corporate entity, has failed to retain substitute counsel. Defendant's failure to obtain replacement counsel has prevented this matter from moving forward and has effectively halted further litigation.

Given Defendant's failure to appear through counsel and prosecute its defense, Plaintiff respectfully submits that there is no practical path forward for this case. Accordingly, Plaintiff requests that the Court dismiss this action without prejudice.

1

Dated: March 25, 2026


PLAINTIFF,

By:  */s/ Anthony I. Paronich*
Anthony Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone:  (617) 485-0018
Facsimile:   (508) 318-8100
Email: anthony@paronichlaw.com