UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

MARGO SIMMONS, )
)
Plaintiff, )
)
v. ) No. 1:24-cv-01602-SEB-MKK
)
WP LIGHTHOUSE LLC, )
)
Defendant. )

### REPORT AND RECOMMENDATION TO DISMISS COMPLAINT WITHOUT PREJUDICE

Plaintiff filed a Status Report on March 25, 2026, (Dkt. 63), requesting that the Court dismiss this claim without prejudice, citing inability to litigate due to Defendant's failure to appear as the reason for requesting the dismissal.

The Magistrate Judge, therefore, recommends to the District Judge that this complaint be **DISMISSED WITHOUT PREJUDICE**.

Any objections to the Magistrate Judge's Report and Recommendation must be filed in accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). Failure to file objections within fourteen days after service will constitute a waiver of subsequent review absent a showing of good cause for such failure.

So **RECOMMENDED**.

Date: 4/2/2026

_____
M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

1

Distribution:

All ECF-registered counsel of record via email