UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

MARGO SIMMONS Individually and on behalf )
of all others similarly situated, )
                                )
                Plaintiff, )
                                )
            v. )          No. 1:24-cv-01602-SEB-MKK
                                )
WP LIGHTHOUSE LLC, )
                                )
              Defendant. )

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted her Report and Recommendation to Dismiss Complaint with Prejudice [Dkt. 64]. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation. This case is therefore hereby dismissed with prejudice and final judgment shall be entered accordingly.

Date:    4/21/2026                         *Sarah Evans Barker*

                                           SARAH EVANS BARKER, JUDGE
                                           United States District Court
                                           Southern District of Indiana

Distribution:

Anthony Paronich
PARONICH LAW. P.C.
anthony@paronichlaw.com