UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MARGO SIMMONS Individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:24-cv-01602-SEB-MKK |
| WP LIGHTHOUSE LLC, | ) ) | |
| Defendant. | ) ) | |

**JUDGMENT**

The Court having this day made its Order directing the entry of final judgment, the Court now enters FINAL JUDGMENT.  The action is dismissed without prejudice.

Date: _____4/21/2026_____

_____

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Anthony Paronich
PARONICH LAW. P.C.
anthony@paronichlaw.com